1
2
3
4

# UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6
7

SHELBY GAIL HEIFETZ,

Case No. 18-cv-03159-KAW

8

Plaintiff,

9

v.

**ORDER TO SHOW CAUSE**

10

STEWART L. KISTNER, et al.,

11

Defendants.

12
13

Plaintiff Shelby Gail Heifetz filed the instant Americans with Disabilities Act case against

14

Defendants. Pursuant to General Order 56, the joint site inspection deadline was September 7,

15

2018, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the

16

joint site inspection. (*See* Dkt. No. 5.) Thus, Plaintiff's "Notice of Need for Mediation" was due

17

by October 19, 2018.

18

As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation."

19

Plaintiff is therefore ordered to show cause by **December 14, 2018**, why this case should not be

20

dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend

21

the filing deadline.

22

IT IS SO ORDERED.

23

Dated: December 3, 2018

24

KANDIS A. WESTMORE
United States Magistrate Judge

25
26
27
28